UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BERGEN,<br><br>                              Plaintiff,<br><br>v.<br><br>TERADYNE, INC.; MOBILE INDUSTRIAL ROBOTS, INC.; MOBILE INDUSTRIAL ROBOTS, A/S; and DOES 3 through 25, inclusive,<br><br>                              Defendants. | Case No.:  20-CV-1919-W-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE CERTAIN DATES IN ECF. NO. 10, INCLUDING THE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE, DUE TO UNAVAILABILITY** |

On December 22, 2020, the Parties filed a Joint Motion to Continue Certain Dates in ECF. No. 10, Including the Early Neutral Evaluation Conference and Case Management Conference, Due to Unavailability ("Joint Motion" or "Motion"). (Doc. No. 12.) The Parties move the Court to continue all dates set forth in the Court's December 11, 2020 Order (Doc. No. 11), with the exception of the Rule 26(f) conference. (*Id*., 2:2-8.) The basis for the Parties' request is Plaintiff's counsel's unavailability to participate in the January 20, 2021 telephonic Pre-Early Neutral Evaluation Conference ("Pre-ENE Conference") and Defendants' representative's unavailability to participate in the January 25, 2021 videoconference Early Neutral Evaluation Conference ("ENE") and videoconference Case Management Conference ("CMC"). Considering this is the Parties'

first continuance request, the request was timely made, and that both counsel and at least one of the parties are unavailable, the Court finds good cause exists to grant the Parties' Joint Motion. Accordingly, the Court GRANTS the pending Motion and CONTINUES the following dates as set forth below:

- Rule 26 initial disclosures shall be CONTINUED from December 28, 2020 to **Friday, January 8, 2021**;
- Plaintiff's deadline to submit his settlement proposal shall be CONTINUED from December 28, 2020 to **Tuesday, January 12, 2021**;
- Defendant's deadline to respond to Plaintiff's settlement proposal shall be CONTINUED from January 4, 2021 to **Tuesday, January 19, 2021**;
- The deadline to lodge the Parties' Joint Discovery Plan and their ENE statements shall be CONTINUED from January 11, 2021 to **Thursday, January 21, 2021**;
- Counsel shall telephonically appear for a Pre-ENE Conference on **Wednesday, January 27, 2021 at 2:00 p.m.** and shall lodge their appearances and direct telephone numbers **no later than Thursday, January 21, 2021**; and, finally,
- The Parties and their counsel shall appear via Zoom video conference for an ENE and a CMC on **Wednesday, February 3, 2021 at 9:00 a.m. No later than Thursday, January 21, 2021**, counsel shall lodge their and their clients' appearances, direct telephone numbers, and the emails each participant intends to use to log in via Zoom for the ENE and the CMC.

**IT IS SO ORDERED.**

Dated: December 23, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge