# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BERGEN,<br><br>                                Plaintiff,<br><br>v.<br><br>TERADYNE, INC., et al.<br><br>                                Defendants. | Case No.:  20-CV-1919 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 16]** |

Pending before the Court is a joint motion to dismiss the entire action with prejudice.  Good cause appearing, the Court **GRANTS** the joint motion [Doc. 16] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  March 19, 2021

_____
Hon. Thomas J. Whelan
United States District Judge